```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:18-00090

ERIC HENDRICKS

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of the United States to continue the plea hearing and trial in this matter. Counsel for the government explains that more time is needed to permit the United States Marshals Service to produce defendant. Counsel asks that the plea hearing and trial be continued to on or after April 15, 2022. Counsel for defendant does not oppose the motion.

For good cause shown, the motion is **GRANTED**, and the court hereby **ORDERS** as follows:

1. The plea hearing is continued to **April 18, 2022, at 12:00 p.m.** in Bluefield; and

2. Trial of this action is continued to **April 19, 2022, at 9:30 a.m.** in Bluefield.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States

Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 31st day of March, 2022.

                                          ENTER:

                                          */s/ David A. Faber*
                                          David A. Faber
                                          Senior United States District Judge